IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | 1:06-CV-00278 OWW LJO P |
| Plaintiff, | |
| vs. | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| TEHACHAPI MAIL ROOM, | **OR** FILING FEE |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated: March 30, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                                 UNITED STATES MAGISTRATE JUDGE