UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>              Plaintiff,<br><br>   v.<br><br>TEHACHAPI, CA,<br>MAIL ROOM, et al.,<br><br>             Defendants.<br>                                      / | CASE NO. 1:06-CV-00278-OWW-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO EITHER PAY FILING FEE IN FULL OR FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 5) |

     Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 13, 2006. On March 30, 2006, the court issued an order requiring plaintiff to either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis, within thirty days. Plaintiff filed an application to proceed in forma pauperis on April 18, 2006. However, the section of the application entitled "Certificate" was not filled out by a prison employee and the copy of plaintiff's trust account statement included with the application was not certified and did not cover the requisite period of six months preceding the filing of the complaint.

     Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the filing fee in full or file a completed application to proceed in forma pauperis that cures the

///
///
///

1

deficiencies identified in this order.  <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:**     **June 13, 2006**                                 /s/ Lawrence J. O'Neill
i0d3h8                                                                    UNITED STATES MAGISTRATE JUDGE