UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE WEAVER, | ) | 1:06-CV-00278 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #7) |
| TEHACHAPI MAIL ROOM, | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2006, plaintiff filed a motion to extend time to submit an application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to either pay the $250.00 filing fee in full, or submit his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   July 6, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                                      UNITED STATES MAGISTRATE JUDGE